**Dated: November 6, 2024**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL AND JENNIFER WILLIAMS | ) | CASE NO. 24-10810 JDL |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

ORDER GRANTING MOTION TO SELL PROPERTY
FREE AND CLEAR OF LIENS AND ENCUMBRANCES
AND MOTION FOR COMPENSATION

    COMES NOW for consideration the Motion of Debtors requesting that this Court allow them to sell property free and clear of liens and encumbrances pursuant to 11 USC 1303, which grants debtors the right to sell property pursuant to 11 USC 363(f), and attorney Mike Rose's Motion for Compensation. Counsel for Debtor represents that the Motion was filed on 10/11/2024, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was 11/1/2024, which has passed with no objection thereto being served and filed other than the Conditional Objection filed by PNC Bank National Ass'n and the Response filed by Weokie Federal Credit Union, both of which are resolved with the entry of this Order. This Court finds that the Motion should be granted.

1

1. Debtors are permitted to sell their residence located at:

    18412 Summer Grove Ave
    Edmond, OK 73012

    Legal description:

    Legal Description: Lot Sixteen (16), in Block Twelve (12), of the Grove South Phase 3, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma

2. The funds from the sale shall first be used to pay in full the balances owed on the mortgages to PNC Bank and Weokie Federal Credit Union. The balance of the funds from the sale of the property shall be used to pay all closing costs, fees, and any other liens or encumbrances.

3. One-half of the net proceeds shall be paid to Debtor Michael Williams, and one half shall be paid to Co-Debtor Jennifer Williams. Debtors shall not comingle exempt homestead funds with other funds. Debtors shall deposit the proceeds in a segregated savings account or certificate of deposit. Such funds shall be reinvested in a new homestead within one year from the date of closing, or must be turned over to the Trustee for payment of unsecured creditors.

4. The Debtors or the Debtors' attorney shall cause the title company to provide a copy of the final settlement statement to the Trustee at least 24 hours prior to closing for the Trustee to review and approve of the final settlement statement. With the Trustee's written approval, the Debtors are authorized to sign the final settlement statement on behalf of themselves and the bankruptcy estate.

5. Debtors' attorney shall provide the Trustee a copy of the executed Final Settlement Statement within ten (10) days following closing. The executed Settlement Statement must be uploaded to the Trustee's document portal under the "Settlement Statements" event.

6. Debtors' counsel shall provide a copy of this order to the closing company prior to the closing.

7. The sale shall close within 90 days of the date of this order.

8. It is further ordered that the Motion for Compensation of Mike Rose shall be granted in the amount of $750.00, to be paid pursuant to the Court's Chapter 13 Guidelines.

IT IS SO ORDERED.

**All findings of fact are based upon the representation of counsel for Debtor(s).**

**Attorney for Debtor(s) shall effectuate service of the order on all interested parties.**

# # #

Prepared and approved for entry:

| | |
|---|---|
| S/ MIKE ROSE | S/ DAVID S. BURGE |
| Mike Rose, OBA No. 15523 | David S. Burge, OBA No. 31505 |
| MICHAEL J ROSE PC | 321 Dean A. McGee Ave. |
| 4200 Perimeter Center Drive, Suite 245 | POB 1948 |
| Oklahoma City, OK 73112 | Oklahoma City, OK 73101-1948 |
| 405 / 605-3757 telephone | 13trustee@chp13okc.com |
| 405 / 605-3758 facsimile | 405 / 236-4843 telephone |
| michaeljrosepc@gmail.com | 405 / 236-1004 facsimile |
| ATTORNEY FOR DEBTOR(S) | ATTORNEY FOR CHAPTER 13 TRUSTEE |

| | |
|---|---|
| S/ JOHN P SEIDENBERGER | |
| John P Seidenberger, OBA No. 30715 | S/ W BRENT KELLY |
| THE SAYER LAW GROUP PC | W Brent Kelly, OBA No. 11380 |
| 925 E 4th St | KELLY & TAYLOR PC |
| Waterloo, IA 50703 | 3001 Oklahoma Tower |
| 319 / 234-2530 telephone | 210 Park Ave |
| jseidenberger@sayerlaw.com | Oklahoma City, OK 73102 |
| ATTORNEY FOR PNC BANK, NATIONAL ASSOCIATION | 405 / 848-6803 telephone |
| | attorneys@kelleyandtaylor.com |
| | ATTORNEY FOR WEOKIE FEDERAL CREDIT UNION |

3